IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DWAYNE STOVALL,            )
                           )
    Plaintiff,             )
                           )
v.                         )   CASE NO. CV413-118
                           )
BRUCE DUNCAN, LISA BOYD, NURSE)
KATE, NURSE BARBARA, NURSE )
PHILLIPS, THREE JANE DOES, and)
DR. JENKINS,               )
                           )
    Defendants.            )
                           )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 7th day of October 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA